**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MOISES OLIVEIRA COSTA,<br>Petitioner,<br>v.<br>TODD BLANCHE, *et al.*,<br>Respondents. | Case No.: 2:26-cv-03844-RFB-BNW<br>**ORDER** |

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Moises Oliveira Costa, has another habeas proceeding pending in this District: Oliveira Costa v. Blanche, No. 2:26-CV-01244-GMN-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 30, 2026, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceeding. See Oliveira Costa v. Blanche, No. 2:26-CV-01244-GMN-MDC.

Alternatively, on or before November 30, 2026, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

**DATED:** November 19, 2026

/s/ Richard F. Boulware, II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**